

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,259-02

### EX PARTE TIVIRUS CRAFT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 11084-A IN THE 411TH DISTRICT COURT FROM TRINITY COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of one count of arson, one count of tampering with evidence, and one count of arson and sentenced to life, twenty years and two years imprisonment respectively. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because the district clerk failed to timely file the paperwork with the court of appeals, and failed to timely inform appellate counsel of his appointment. Based on the record, Applicant is entitled to relief based on a breakdown in the system.

Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2003). Applicant may

file an out-of-time appeal of his conviction in cause number 11084 from the 411th District Court of Trinity County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 17, 2024
Do not publish